## **VERIFICATION**

I, Nathan Smith, am the named plaintiff in the foregoing derivative action. I have read the foregoing Verified Stockholder Derivative Complaint, know the contents thereof, and authorized its filing. The contents alleged therein are true to my own knowledge, except as to matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true. I further declare that I am a current holder, and have been a holder, of AppLovin Corporation common stock during the time period in which the wrongful conduct alleged and complained of occurred.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13 day of May, 2025.

*Nathan Smith*
Nathan Smith (May 13, 2025 18:00 EDT)
_____
Nathan Smith