Francis J. "Casey" Flynn, Jr., #304712
LAW OFFICE OF FRANCIS J. FLYNN, JR.
5067 Metropolitan Plz
Los Angeles, CA 90036
Tele: 314-662-2836
Email: casey@lawofficeflynn.com

**ROWLEY LAW PLLC**
Shane T. Rowley (to seek admission pro hac vice)
Danielle Rowland Lindahl (to seek admission pro hac vice)
50 Main Street, Suite 1000
White Plains, New York 10606
Phone: (914) 400-1920
Email: srowley@rowleylawpllc.com
          drl@rowleylawpllc.com

**ATTORNEY FOR PLAINTIFF AND THE PROPOSED CLASS**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHAN SMITH, derivatively on behalf of APPLOVIN CORP., <br><br> Plaintiffs, <br> v. <br> ADAM FOROUGHI, MATTHEW STUMPF, CRAIG BILLINGS, HERALD CHEN, MARGARET GEORGIADIS, ALYSSA HARVEY DAWSON, BARBARA MESSING, TODD MORGENFELD, EDWARD OBERWAGER, and EDUARDO VIVAS, <br><br> Defendants, <br><br> -and- <br><br> APPLOVIN CORP., a Delaware Corporation, <br> Nominal Defendant | **CASE NO. 5:25-cv-04261** <br><br> **JURY TRIAL DEMANDED** <br><br> **CLASS ACTION** <br><br> **CIVIL L.R. 3-15 CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

- 1 -   CIVIL L.R. 3-15 CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

113936v1

|     |     |
| --- | --- |
| 1   | Pursuant to Civil LR 3-15, the undersigned certifies that as of this date, there |
| 2   | is no conflict or interest (other than the named parties) to report. |

Dated: May 19, 2025         By:    /s/ Francis J. "Casey" Flynn, Jr.
                                   Francis J. "Casey" Flynn, Jr., #304712
                                   LAW OFFICE OF FRANCIS J. FLYNN, JR.
                                   5067 Metropolitan Plz
                                   Los Angeles, CA 90036
                                   Tele: 314-662-2836
                                   Email: casey@lawofficeflynn.com

                                   ROWLEY LAW PLLC
                                   Shane T. Rowley (to seek admission pro hac vice)
                                   Danielle Rowland Lindahl (to seek admission pro hac vice)
                                   50 Main Street, Suite 1000
                                   White Plains, New York 10606
                                   Phone: (914) 400-1920
                                   Email: srowley@rowleylawpllc.com
                                          drl@rowleylawpllc.com

                                   **COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which automatically sends email notification of such filing to all attorneys of record.

/s/ Francis J. "Casey" Flynn, Jr.