Francis J. "Casey" Flynn, Jr., #304712
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
5067 Metropolitan Plz
Los Angeles, CA 90036
Tele: 314-662-2836
Email: casey@lawofficeflynn.com

**ROWLEY LAW PLLC**
Shane T. Rowley (to seek admission pro hac vice)
Danielle Rowland Lindahl (to seek admission pro hac vice)
50 Main Street, Suite 1000
White Plains, New York 10606
Phone: (914) 400-1920
Email: srowley@rowleylawpllc.com
          drl@rowleylawpllc.com

**ATTORNEYS FOR PLAINTIFFS**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NATHAN SMITH, derivatively on behalf of APPLOVIN CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ADAM FOROUGHI, MATTHEW STUMPF, CRAIG BILLINGS, HERALD CHEN, MARGARET GEORGIADIS, ALYSSA HARVEY DAWSON, BARBARA MESSING, TODD MORGENFELD, EDWARD OBERWAGER, and EDUARDO VIVAS, <br><br> Defendants, <br><br> -and- <br><br> APPLOVIN CORP., a Delaware Corporation, | Case No. 5:25-cv-04261-VKD <br><br> **NOTICE OF FILING** <br><br> Mag. Judge: Hon. Virginia K. DeMarchi <br> Courtroom: 2 <br> Trial Date: Not Set |

- 1 -          NOTICE OF FILING

113936v1

| Nominal Defendant. | |
|---|---|

PLEASE TAKE NOTICE that Plaintiff in the above captioned case filed the following pleading in *Patel, et al. v. Foroughi, et al.*, Case No. 4:25-cv-02780-HSG, the lowest filed potentially Related Case:

1. ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED, a copy of which is attached hereto as **Exhibit A.**

Dated: May 27, 2025          By:   /s/ Francis J. "Casey" Flynn, Jr.

Francis J. "Casey" Flynn, Jr., #304712
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
5067 Metropolitan Plz
Los Angeles, CA 90036
Tele: 314-662-2836
Email: casey@lawofficeflynn.com

**ROWLEY LAW PLLC**
Shane T. Rowley (to seek admission pro hac vice)
Danielle Rowland Lindahl (to seek admission pro hac vice)
50 Main Street, Suite 1000
White Plains, New York 10606
Phone: (914) 400-1920
Email: srowley@rowleylawpllc.com
           drl@rowleylawpllc.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 27, 2025, I electronically filed the foregoing with the Clerk of the Court by using the e-filing system which will send notification of such filing to all attorneys of record.

/s/    Francis J. "Casey" Flynn, Jr.

-2-
NOTICE OF FILING