Francis J. "Casey" Flynn, SBN 304712
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
5067 Metropolitan Plz.
Los Angeles, CA 90036
Telephone: (314) 662-2836
Email: casey@lawofficeflynn.com

*Counsel for Plaintiff Nathan Smith*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| AMIT PATEL, derivatively on behalf of APPLOVIN CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ADAM FOROUGHI, MATTHEW STUMPF, CRAIG BILLINGS, HERALD CHEN, MARGARET GEORGIADIS, ALYSSA HARVEY DAWSON, BARBARA MESSING, TODD MORGENFELD, EDWARD OBERWAGER, and EDUARDO VIVAS, <br><br> Defendants, <br><br> -and- <br><br> APPLOVIN CORPORATION, <br><br> Nominal Defendant. | Case No. 4:25-cv-02780-HSG <br><br> **STIPULATION AND ORDER AS MODIFIED LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING RELATED STOCKHOLDER DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING CONSOLIDATED DERIVATIVE ACTION** <br><br> Judge: Honorable Haywood S. Gilliam, Jr. <br> Courtroom: 2  4th Floor <br> Trial Date: None set |

Plaintiffs Amit Patel ("Plaintiff Patel") and Nathan Smith ("Plaintiff Smith" and collectively, the "Plaintiffs") and Defendants Adam Foroughi, Matthew Stumpf, Craig Billings, Herald Chen, Margaret Georgiadis, Alyssa Harvey Dawson, Barbara Messing, Todd Morgenfeld, Edward Oberwager, Eduardo Vivas, and Nominal Defendant AppLovin Corporation (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation.

**WHEREAS**, on March 5, 2025, a federal securities class action was filed in the Northern District of California captioned *Quiero v. Applovin Corp.*, Case No. 5:25-cv-2294-HSG, and a federal securities class action was filed on March 24, 2025, in the Northern District of California captioned *Brownback v. Applovin, et.* al, 3:25-cv-02772, both of which assert claims under the Securities Exchange Act of 1934, which is governed by the PSLRA (the "Federal Securities Class Actions");

**WHEREAS**, on March 24, 2025, Plaintiff Patel filed a stockholder derivative complaint (the "*Patel* Complaint") in the Northern District of California against the Defendants in the above captioned case (the "*Patel* Action");

**WHEREAS**, on May 19, 2025, Plaintiff Smith filed a stockholder derivative complaint (the "*Smith* Complaint") in the Northern District of California against the Defendants in the above captioned case (the "*Smith* Action");

**WHEREAS**, the Court stayed the *Patel* Action on May 1, 2025 (the "Stay") (*Patel* Action, ECF No. 12);

**WHEREAS**, the Parties agree that the Stay in the *Patel* Action should be temporarily lifted for the sole and limited purpose of facilitating the consolidation of the *Patel* Action and the *Smith* Action (together, "the Related Actions") and then staying the consolidated action;

**WHEREAS**, counsel for the Parties have conferred, and agree that the Related Actions involve the same subject matter and common questions of law and fact and that the administration of justice will be served by consolidating the Related Actions pursuant to Fed. R. Civ. P. 42(a) and appointing Co-Lead Counsel as set forth herein;

-1-                    CASE NO. 4:25-cv-02780-HSG

STIPULATION AND ORDER AS MODIFIED LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING CONSOLIDATED DERIVATIVE ACTION

**WHEREAS**, in order to realize the efficiencies made possible by consolidation of the Related Actions, Plaintiffs agree that The Brown Law Firm, P.C. and Rowley Law, PLLC, the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel;

**WHEREAS**, counsel for Defendants in the Related Actions have agreed to accept service of process of the initial complaints in the Related Actions, reserving all rights;

**WHEREAS**, it appearing that the Related Actions involve the same subject matter, and that the administration of justice would be best served by consolidating the actions;

**WHEREAS**, the Parties have conferred regarding the status of the Related Actions and the appropriate next steps; and

**WHEREAS**, the Parties agree that, after the Related Actions are consolidated, the consolidated action shall be stayed under the same terms and for the same duration as the Stay in the *Patel* Action (see *Patel* Action, ECF No. 12);

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties hereto, through their undersigned counsel, subject to the Court's approval as follows:

1.    The Stay in the *Patel* Action is temporarily lifted for the sole and limited purpose of permitting the Parties to file, and the Court to rule on, this stipulation.

2.    To the extent they have not already been served, Defendants hereby accept service of the complaints in the Related Actions.

3.    The Related Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 4:25-cv-02780-HSG (the "Consolidated Action"):

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Patel v. Foroughi, et al.* | 4:25-cv-02780-HSG | March 24, 2025 |
| *Smith v. Foroughi, et al.* | 5:25-cv-4261-VKD | May 19, 2025 |

4.    All papers and documents previously served and filed in any of the Related Actions are deemed a part of the record in the Consolidated Action.

5.    The Consolidated Action shall bear the caption below:

-2-                                        CASE NO. 4:25-cv-02780-HSG

STIPULATION AND ORDER AS MODIFIED LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING CONSOLIDATED DERIVATIVE ACTION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLOVIN CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | Case No. 4:25-cv-02780-HSG (Consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

6.      All papers filed in connection with the Consolidated Action will be maintained in one file under Case No. 4:25-cv-02780-HSG.

7.      The Brown Law Firm, P.C. and Rowley Law PLLC are designated Co-Lead Counsel for Plaintiffs in the Consolidated Action. Plaintiffs contend that The Brown Law Firm, P.C. and Rowley Law PLLC are well-qualified to coordinate prosecution of the claims they assert derivatively on behalf of the Company. *See* Firm Resumés attached hereto as Exhibits A and B. Defendants take no position on the sections of this stipulation that relate to the qualifications, appointment of, or leadership for Plaintiffs.

8.      Co-Lead Counsel shall have sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations.

9.      Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Co-Lead Counsel. Defendants' counsel may rely on all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs.

10.     This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which are subsequently filed in, removed to, reassigned to, or transferred to this Court.  When a shareholder derivative action that

properly belongs as part of *In re AppLovin Corporation Stockholder Derivative Litigation*, Case No. 4:25-cv-02780-HSG, is hereafter filed in the Court, removed to this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re AppLovin Corporation Stockholder Derivative Litigation*, Case No. 4:25-cv-02780-HSG, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving AppLovin and arising from substantially similar allegations filed in this Court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

11. All proceedings in the Consolidated Action, including all deadlines, hearings, and conferences, shall be stayed according to the terms, and during the pendency of the Stay in the *Patel* Action (*Patel* Action, ECF No. 12), and the Stay order entered in the *Patel* Action applies in all respects to the Consolidated Action.

12. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Actions

STIPULATION AND ORDER AS MODIFIED LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING CONSOLIDATED DERIVATIVE ACTION

DATED: May 30, 2025

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Joshua Courtney (with permission)

Joshua Courtney (SBN 348416)
joshuacourtney@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Alexander Benjamin Spiro (*pro hac vice*)
Hope D. Skibitsky (*pro hac vice* to be filed)
Cara Mund (*pro hac vice* to be filed)
alexspiro@quinnemanuel.com
hopeskibitsky@quinnemanuel.com
caramund@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000

*Counsel for Defendants*

THE BROWN LAW FIRM

/s/ Robert C. Moest (with permission)

Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Amit Patel and [Proposed] Co-Lead Counsel*

**LAW OFFICE OF FRANCIS J. FLYNN, JR.**

-5-                               CASE NO. 4:25-cv-02780-HSG

STIPULATION AND ORDER AS MODIFIED LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING CONSOLIDATED DERIVATIVE ACTION

_/s/ Francis J. "Casey" Flynn, Jr._

Francis J. "Casey" Flynn, Jr., SBN 304712
5067 Metropolitan Plz.
Los Angeles, CA 90036
Telephone: (314) 662-2836
Email: casey@lawofficeflynn.com

ROWLEY LAW PLLC
Shane T. Rowley (_pro hac vice_ to be filed)
Danielle Rowland Lindhal (_pro hac vice_ to be filed)
50 Main Street, Suite 1000
White Plains, NY 10606
Telephone: (914) 400-1920
Email: srowley@rowleylawpllc.com
         drl@rowleylawpllc.com

_Attorneys for Nathan Smith and [Proposed] Co-Lead Counsel_

-6-                          CASE NO. 4:25-cv-02780-HSG

STIPULATION AND ORDER AS MODIFIED LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING CONSOLIDATED DERIVATIVE ACTION

## ATTESTATION CLAUSE

I, Francis J. "Casey" Flynn, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Lifting the Stay in the First Action, Consolidating Related Stockholder Derivative Actions, Appointing Co-Lead Counsel for Plaintiffs, and Staying Consolidated Derivative Action.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the above-signed counsel have concurred in this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of May, 2025.

LAW OFFICE OF FRANCIS J. FLYNN, JR.

By: /s/  Francis J. "Casey" Flynn, Jr.

Francis J. "Casey" Flynn, Jr.

-7-     CASE NO. 4:25-cv-02780-HSG

STIPULATION AND ORDER AS MODIFIED LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING CONSOLIDATED DERIVATIVE ACTION

## ORDER AS MODIFIED

**THE STIPULATION IS GRANTED AND IS ORDERED AS MODIFIED BELOW.**

Pursuant to Federal Rule of Civil Procedure 42(a), S*mith v. Foroughi*, Case No. 25-cv-04261-HSG, is hereby consolidated into the present action, Case No. 4:25-cv-02780-HSG, which shall serve as the Lead Case.  The Clerk is directed to administratively close the later-filed civil action, Case No. 25-cv-04261-HSG.  All future filings should be done in the Lead Case only.

The Court does not adopt § 10 of the Stipulation above.  If any party believes a case that is subsequently filed in, or transferred to, this District is related to the Lead Case, the party shall file an Administrative Motion to Consider Whether Cases Should be Related pursuant to Northern District of California Civil Local Rule 3-12.  If the Court grants the motion to relate, the party may then file a motion or stipulation to consolidate the new case with the Lead Case.

Date:  June 5, 2025

Hon. Haywood S. Gilliam, Jr.

-8-                    CASE NO. 4:25-cv-02780-HSG

STIPULATION AND ORDER AS MODIFIED LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING CONSOLIDATED DERIVATIVE ACTION